```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/23/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Perini Management Services, Inc.,

        Plaintiff,

        –v–

Kildare Construction Consultants, LLC, LLC, *et al.*,

        Defendants.

21-cv-5936 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    The parties shall confer and file a proposed briefing schedule for the Plaintiff's motion for a preliminary injunction (Dkt. No. 10) by July 26, 2021. In that letter, the parties should also state whether a date has been set for the underlying arbitration.

    The Plaintiff shall serve a copy of this Order and its preliminary injunction papers on the Defendants.

SO ORDERED.

Dated: July 23, 2021
       New York, New York

                                      _____
                                              ALISON J. NATHAN
                                        United States District Judge